DERRICK CHAIRS                                    NO. 21-K-204

VERSUS                                            FIFTH CIRCUIT

STATE OF LOUISIANA                                COURT OF APPEAL

                                                 STATE OF LOUISIANA


_____ May 25, 2021 _____


_____ Nancy F. Vega _____
                Chief Deputy Clerk



**IN RE** DERRICK CHAIRS
_____

**APPLYING FOR**  SUPERVISORY WRIT FROM THE TWENTY-FOURTH JUDICIAL DISTRICT
COURT, PARISH OF JEFFERSON, STATE OF LOUISIANA, DIRECTED TO THE HONORABLE
STEPHEN C. GREFER, DIVISION "J", NUMBER 19-1574, 19-3319
_____


                Panel composed of Judges Fredericka Homberg Wicker,
                      Jude G. Gravois, and Hans J. Liljeberg


## WRIT GRANTED FOR A LIMITED PURPOSE AND TRANSFERRED

       In this *pro se* criminal writ application, relator, Derrick Chairs, seeks
mandamus relief.  He explains that he filed *pro se* motions—"Motion to
Surpress [sic]," "Motion to Quash 701," "Motion to Dismiss," "Motion to Drop,"
and a "Motion For Pleminary [sic] Hearing" and complains that the trial court has
failed to consider or rule on his motions.

       The official record in this case reflects that on May 12, 2021, relator's
counsel appeared before the trial court for a "general hearing," however there is no
reference to relator's motions or as to the status of same.  Accordingly, we grant
this writ application for the limited purpose of transferring it to the 24th Judicial
District Court. The district court is hereby ordered to consider relator's motions, if
it has not already done so, and to further provide a copy of its ruling to relator and
to this Court.

       Gretna, Louisiana, this 25th day of May, 2021.

                                   **FHW**
                                   **JGG**
                                   **HJL**



21-K-204

SUSAN M. CHEHARDY
CHIEF JUDGE

FREDERICKA H. WICKER
JUDE G. GRAVOIS
MARC E. JOHNSON
ROBERT A. CHAISSON
STEPHEN J. WINDHORST
HANS J. LILJEBERG
JOHN J. MOLAISON, JR.

JUDGES

CURTIS B. PURSELL
CLERK OF COURT

NANCY F. VEGA
CHIEF DEPUTY CLERK

SUSAN S. BUCHHOLZ
FIRST DEPUTY CLERK

MELISSA C. LEDET
DIRECTOR OF CENTRAL STAFF

(504) 376-1400
(504) 376-1498 FAX



FIFTH CIRCUIT

101 DERBIGNY STREET (70053)

POST OFFICE BOX 489

GRETNA, LOUISIANA 70054

www.fifthcircuit.org

## NOTICE OF DISPOSITION CERTIFICATE OF DELIVERY

I CERTIFY THAT A COPY OF THE DISPOSITION IN THE FOREGOING MATTER HAS BEEN TRANSMITTED IN ACCORDANCE WITH **UNIFORM RULES - COURT OF APPEAL, RULE 4-6** THIS DAY **05/25/2021** TO THE TRIAL JUDGE, THE TRIAL COURT CLERK OF COURT, AND AT LEAST ONE OF THE COUNSEL OF RECORD FOR EACH PARTY, AND TO EACH PARTY NOT REPRESENTED BY COUNSEL, AS LISTED BELOW:

**CURTIS B. PURSELL**
CLERK OF COURT

**21-K-204**

### E-NOTIFIED
24th Judicial District Court (Clerk)
Honorable Stephen C. Grefer (DISTRICT JUDGE)
Thomas J. Butler (Respondent)

### MAILED
Derrick Chairs #8946600 (Relator)
Jefferson Parish Correctional Center
P. O. Box 388
Gretna, LA 70054